# United States District Court

SOUTHERN DISTRICT OF NEW YORK

The Annuity, Welfare and Apprenticeship Skill Improvement & Safety Funds of the International Union of Operating Engineers Local 15, 15A, 15C & 15D, AFL-CIO et al.

V.

Carlo Lizza & Sons Paving, Inc.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**07 CIV. 3932**

JUDGE BUCHWALD

TO: (Name and address of defendant)

Carlo Lizza & Sons Paving, Inc.
50 Engel Street
Hicksville, New York 11801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BRADY McGUIRE & STEINBERG, P.C.
603 WARBURTON AVENUE
HASTINGS-ON-HUDSON, NEW YORK 10706

an answer to the complaint which is herewith served upon you, within _____Twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon

CLERK

CLERK

(BY) DEPUTY CLERK

MAY 2 1 2007

DATE

| | |
|---|---|
| STATE OF NEW YORK | INDEX NO: 07CIV.3932 |
| COURT: UNITED STATES DISTRICT COURT SOUTHERN DISTRICT | DateFiled: 5/21/2007 |

Plaintiff(s)/Petitioner(s): THE ANNUITY, WELFARE AND APPRENTICESHIP SKILL IMPROVEMENT & SAFETY FUNDS OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 15, 15A, 15C & 15D, AFL-CIO ET AL

Vs.

Defendant(s)/Respondent(s): CARLO LIZZA & SONS PAVING, INC.

STATE OF NEW YORK
COUNTY OF: WESTCHESTER                                                                 SS.

The undersigned deponent, being duly sworn deposes and say that said deponent is not a party to this action, is over 18 years of age and resides in the State of NEW YORK. Deponent served the within process as follows:

Process Served: SUMMONS AND COMPLAINT
Party Served: CARLO LIZZA & SONS PAVING, INC.
At Location: 50 ENGEL STREET
HICKSVILLE, NY 11801

Date of Service: 6-5-07        Time of service: 11:38 AM

Check boxes that apply to this service:

[ ] #1, INDIVIDUAL — By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

[✓] #2, CORPORATION — By delivering to and leaving with Christopher Ostuni and that deponent knew the person so served to be the OFFICE MANAGER/CONTROLLER of the corporation and authorized to accept service..

[ ] #3, SUITABLE AGE PERSON — By delivering to and leaving with _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

[ ] #4, AFFIXING TO DOOR — By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

[ ] #5, MAILING COPY — On _____, deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of _____.
Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___

[ ] #6, NON-SERVICE — After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other _____

[✓] #7, DESCRIPTION — A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: M  Color of Skin: WHITE  Color of Hair: Black  Age: 35  Height: 6'2"
Weight: 240  Other Features: _____

[ ] #8, WITNESS FEES — $_____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

[ ] #9, MILITARY SERVICE — Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed _____ was not.

Sworn to before me on June 8, 2007

Amir Levy

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

Gail Williams